# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

CURLIN PENNICK III,

    Plaintiff,

v.

JOE WILLIAMSON.

    Defendant.

CASE NO. C11-5971 RBL-JRC

ORDER DENYING PLAINTIFF'S MOTION TO AMEND

    The district court has referred this 42 U.S.C. §1983 civil rights matter to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4. Plaintiff asks for leave to amend the complaint and brings the motion pursuant to Fed. R. Civ. P. 15 (a) (ECF No. 11). Defendant has answered the complaint and a scheduling order was issued in January of 2012 (ECF No. 9 and 10). Discovery in this case ended June 15, 2012.

    The Court has reviewed the proposed amended complaint, (ECF No. 11). The proposed complaint is substantially the same as the original. While leave to amend should be freely given

1 under the Federal Rules, this motion is not timely and the time for discovery has run. The motion
2 is DENIED.
3     Dated this 18th day of June, 2012.

*J. Richard Creatura*
J. Richard Creatura
United States Magistrate Judge

ORDER DENYING PLAINTIFF'S MOTION TO AMEND - 2