UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CURLIN PENNICK III,

                Plaintiff,

    v.

JOE WILLIAMSON,

                Defendant.

CASE NO. C11-5971 RBL-JRC

ORDER ADOPTING A REPORT AND RECOMMENDATION

      The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

      (1)    The Court adopts the Report and Recommendation;

1    (2)    Defendant's motion for summary judgment is granted in part and denied in part consistent with the Report and Recommendation. Plaintiff's motion for partial summary judgment is denied.

DATED this 24th day of January, 2013.

*Ronald B. Leighton* (signature)

Ronald B. Leighton
United States District Judge

(2)  Defendant's motion for summary judgment is granted in part and denied in part consistent with the Report and Recommendation. Plaintiff's motion for partial summary judgment is denied.

DATED this 24th day of January, 2013.

*[signature: Ronald B. Leighton]*

Ronald B. Leighton
United States District Judge